Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TINA TORRES, individually and as Successor in Interest of the Estate of TOMMY TORRES and MARISELA FONSECA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN; SHERIFF PATRICK WITHROW; SAN JOAQUIN CORRECTIONAL HEALTH SERVICES; LAKISHA HOLTON, DNP, APRN, FNP-C, PHN, CCHP; MOHSEN SAADAT, DO; EDEN PAYOPAY, R.N.; CHARLEEN STEARNS; SATBEER KHINDA, LVN; MARIA HAMILTON, LVN; NICOLE MORTENSON, LVN; DOES 1-40,<br><br>Defendants. | Case No. 2:25-cv-02079-AC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>Judge:   Magistrate Judge Allison Claire |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4910-7098-8126 v1

1

Case No. 2:25-cv-02079-AC
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; AND [PROPOSED] ORDER

1    WHEREAS, Plaintiffs TINA TORRES, individually and as Successor in Interest of the
2 Estate of TOMMY TORRES and MARISELA FONSECA initiated this action against Defendants
3 COUNTY OF SAN JOAQUIN; SHERIFF PATRICK WITHROW; SAN JOAQUIN
4 CORRECTIONAL HEALTH SERVICES; LAKISHA HOLTON, DNP, APRN, FNP-C, PHN,
5 CCHP; MOHSEN SAADAT, DO; EDEN PAYOPAY, R.N.; CHARLEEN STEARNS;
6 SATBEER KHINDA, LVN; MARIA HAMILTON, LVN; and NICOLE MORTENSON, LVN
7 (collectively, the "Parties")

8    WHEREAS, Plaintiffs served their Complaint in this action on the County on or about
9 August 6, 2025;

10    WHEREAS, the County has retained counsel from Burke, Williams and Sorensen, LLP
11 ("Defense Counsel") to represent all named Defendants;

12    WHEREAS, Defense Counsel is in the process of perfecting representation with each
13 individually named Defendant;

14    WHEREAS, Defense Counsel has agreed to work towards obtaining service waivers from
15 the individual Defendants;

16    WHEREAS, the County's current deadline to respond to the Complaint is August 27,
17 2025;

18    WHEREAS, the Parties have stipulated to a 44-day extension to this current response
19 deadline;

20    WHEREAS, this extension will allow Defense Counsel to respond to the Complaint on
21 behalf of all Defendants (assuming representation has been perfected) in one filing at one time.
22 Thus, good cause exists for the Parties to stipulate and agree to an extension to October 10, 2025.

23    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, for efficiency
24 for the Parties and the Court, that Defendants' deadline to respond to the Complaint is October 10,
25 2025.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4910-7098-8126 v1

2

Case No. 2:25-cv-02079-AC
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; AND [PROPOSED] ORDER

1    IT IS SO STIPULATED.

2   Dated:  August 14, 2025                    BURKE, WILLIAMS & SORENSEN, LLP

3

4
                                               By:    /s/ Kyle Anne Piasecki
5                                                     Gregory B. Thomas
                                                      Kyle Anne Piasecki
6                                                     Attorneys for Defendants

7

8   Dated:  August 14, 2025                    ARIAS SANGUINETTI WANG & TEAM LLP

9

10
                                                      /s/ Jamie G. Goldstein  (as authorized on
11                                             By:    August 14, 2025)
                                                      Elise R. Sanguinetti
12                                                    Jamie G. Goldstein
                                                      Attorneys for Plaintiffs
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4910-7098-8126 v1

3

Case No. 2:25-cv-02079-AC
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; AND [PROPOSED] ORDER

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants' time in which to respond to the Complaint filed by Plaintiffs is extended up to and including October 10, 2025.

**IT IS SO ORDERED.**

DATED: August 18, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4910-7098-8126 v1

4

Case No. 2:25-cv-02079-AC
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; AND [PROPOSED] ORDER