Jamie G. Goldstein (SBN 302479)
Elise R. Sanguinetti (SBN 191389)
ARIAS, SANGUINETTI, WANG & TEAM LLP
2033 N Main Street, Suite 1000
Walnut Creek, CA 94596
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
elise@aswtlawyers.com
jamie@aswtlawyers.com
*For electronic service:*
ncservice@aswtlawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA TORRES, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN JOAQUIN, ET AL., <br><br> Defendants. | Case No.:   2:25-cv-02079-DJC-AC <br><br> **ORDER GRANTING THE PARTIES' STIPULATION TO FILE AMENDED COMPLAINT AND VACATE MOTION TO DISMISS HEARING** <br><br> Complaint Filed:  July 24, 2025 |

1

UPON STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING:

The Court hereby vacates Defendants' Motion to Dismiss Hearing which is currently set to take place on November 19. 2025 at 10:00am; and

Plaintiffs shall file an amended complaint on or before November 24, 2025, and Defendants are to file a response to the Amended Complaint no later than December 24, 2025.

**IT IS SO ORDERED.**

Dated: October 23, 2025             /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

**ORDER GRANTING THE PARTIES' STIPULATION TO FILE AMENDED
COMPLAINT AND VACATE MOTION TO DISMISS HEARING**