Jamie G. Goldstein (SBN 302479)
Elise R. Sanguinetti (SBN 191389)
**ARIAS SANGUINETTI WANG & TEAM LLP**
2033 N Main Street, Suite 1000
Walnut Creek, CA 94596
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
elise@aswtlawyers.com
jamie@aswtlawyers.com
*For electronic service, include:*
ncservice@aswtlawyers.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERIN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA TORRES, individually and as Successor in Interest of the Estate of TOMMY TORRES and MARISELA FONSECA<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN; SHERIFF PATRICK WITHROW; SAN JOAQUIN CORRECTIONAL HEALTH SERVICES; LAKISHA HOLTON, DNP, APRN, FNP-C, PHN, CCHP; MOHSEN SAADAT, DO; EDEN PAYOPAY, R.N.; CHARLEEN STEARNS; SATBEER KHINDA, LVN; MARIA HAMILTON, LVN; NICOLE MORTENSON, LVN; DOES 1-40,<br><br>Defendants. | CASE NO. 2:25-cv-02079-DJC-AC<br><br>**ORDER DISMISSING DEFENDANT CHARLEEN STEARNS**<br><br>Complaint Filed: July 24, 2025 |

**UPON NOTICE GIVEN BY PLAINTIFFS, AND GOOD CAUSE APPEARING,**

**IT IS ORDERED THAT** this action is voluntarily dismissed as to Defendant CHARLEEN STEARNS, only, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: November 24, 2025        /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE