1  Gregory B. Thomas (SBN 239870)
   E-mail: gthomas@bwslaw.com
2  Kyle Anne Piasecki (SBN 311961)
   E-mail: kpiasecki@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
4  Oakland, California 94612-3520
   Tel: 510.273.8780    Fax: 510.839.9104
5
   Attorneys for Defendants
6  COUNTY OF SAN JOAQUIN; SHERIFF
   PATRICK WITHROW; SAN JOAQUIN
7  CORRECTIONAL HEALTH SERVICES;
   LAKISHA HOLTON, DNP, APRN, FNP-C,
8  PHN, CCHP; MOHSEN SAADAT, DO; EDEN
   PAYOPAY, R.N.; SATBEER KHINDA, LVN;
9  MARIA HAMILTON, LVN; NICOLE
   MORTENSON, LVN; DJ SOURN; AUSTIN
10 MEEKS; and ARI SANDERS (Collectively "San
   Joaquin County Defendants")
11

12                    UNITED STATES DISTRICT COURT

13        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

14

15 TINA TORRES, individually and as Successor    Case No. 2:25—CV-02079—DJC—AC
   in Interest of the Estate of TOMMY TORRES
16 and MARISELA FONSECA,

17              Plaintiffs,                      **JOINT STIPULATION TO EXTEND
                                                TIME TO RESPOND TO FIRST
18         v.                                   AMENDED COMPLAINT AND ORDER**

19 COUNTY OF SAN JOAQUIN; SHERIFF               Judge:    Hon. Daniel J. Calabretta
   PATRICK WITHROW; SAN JOAQUIN
20 CORRECTIONAL HEALTH SERVICES;
   LAKISHA HOLTON, DNP, APRN, FNP-C,
21 PHN, CCHP; MOHSEN SAADAT, DO;
   EDEN PAYOPAY, R.N.; SATBEER
22 KHINDA, LVN; MARIA HAMILTON, LVN;
   NICOLE MORTENSON, LVN; DJ SOURN;
23 AUSTIN MEEKS; ARI SANDERS; FABIAN
   ESTRADA and DOES 1-40,
24
                Defendants.
25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

Case No. NO. 2:25—CV-02079—DJC—AC
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT; AND ORDER

1    WHEREAS, Plaintiffs TINA TORRES, individually and as Successor in Interest of the

2 Estate of TOMMY TORRES and MARISELA FONSECA initiated this action against Defendants

3 COUNTY OF SAN JOAQUIN; SHERIFF PATRICK WITHROW; SAN JOAQUIN

4 CORRECTIONAL HEALTH SERVICES; LAKISHA HOLTON, DNP, APRN, FNP-C, PHN,

5 CCHP; MOHSEN SAADAT, DO; EDEN PAYOPAY, R.N.; CHARLEEN STEARNS;

6 SATBEER KHINDA, LVN; MARIA HAMILTON, LVN; and NICOLE MORTENSON, LVN

7 ("original Defendants").[1]

8    WHEREAS, Plaintiffs served their First Amended Complaint in this action on November

9 24, 2025;

10    WHEREAS, Plaintiffs named four additional defendants in their First Amended Complaint

11 as follows DJ SOURN; AUSTIN MEEKS; ARI SANDERS; and FABIAN ESTRADA ("newly

12 named Defendants");

13    WHEREAS, the County has retained counsel from Burke, Williams and Sorensen, LLP

14 ("Defense Counsel") to represent all named Defendants, including the newly named Defendants;

15    WHEREAS, Defense Counsel is in the process of perfecting representation with the newly

16 named Defendants;

17    WHEREAS, the newly named Defendants have not yet been served, and Defense Counsel

18 has agreed to work towards obtaining service waivers from the newly named Defendants;

19    WHEREAS, the original Defendants' current deadline to respond to the First Amended

20 Complaint is December 24, 2025;

21    WHEREAS, the Parties have stipulated to extend this current response deadline to

22 February 4, 2026 to allow Defense Counsel to respond to the First Amended Complaint on behalf

23 of all Defendants (the original and newly named Defendants, assuming representation is perfected)

24 at one time. Thus, good cause exists for the Parties to stipulate and agree to an extension to

25 February 4, 2026.

26    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, for efficiency for

27

---

28  [1] Defendant CHARLEEN STEARNS was subsequently dismissed.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Oakland

2

Case No. NO. 2:25—CV-02079—DJC—AC
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT; AND ORDER

1    the Parties and the Court, that Defendants' deadline to respond to the First Amended Complaint is

2    February 4, 2026.

3

4          IT IS SO STIPULATED.

5    Dated:  December 11, 2025                    BURKE, WILLIAMS & SORENSEN, LLP

6

7                                          By:    _____/s/ Kyle Anne Piasecki_____

8                                                 Gregory B. Thomas
                                                  Kyle Anne Piasecki
9                                                 Attorneys for Defendants

10

11   Dated:  December 11, 2025                    ARIAS SANGUINETTI WANG & TEAM LLP

12

13                                               _/s/ Jamie G. Goldstein_ (as authorized on
                                          By:    December 11, 2025)
14                                               Elise R. Sanguinetti
                                                 Jamie G. Goldstein
15                                               Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

3

Case No. NO. 2:25—CV-02079—DJC—AC
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT; AND ORDER

1

**ORDER**

2      Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants'

3   time in which to respond to the First Amended Complaint filed by Plaintiffs is extended up to and

4   including February 4, 2026.

5

6      **IT IS SO ORDERED.**

7

8   Dated:  December 11, 2025                    /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
9                                                UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

Case No. NO. 2:25—CV-02079—DJC—AC
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT; AND ORDER